**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Tendongmo Yanicclaire,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-03508-PHX-DJH

**ORDER**

On May 18, 2026, Petitioner Tendongmo Yanicclaire filed her 28 U.S.C. § 2241 Petition challenging her immigration detention, arguing her (now nineteen-month) detention has become unconstitutionally prolonged. (Doc. 1.) Before the Court is Magistrate Judge Alison S. Bachus's Report and Recommendation ("R&R"), recommending the Court grant the Petition in part and order Petitioner be given a bond hearing before an Immigration Judge ("IJ") within seven days. (Doc. 11 at 15.) Because neither party objected to the R&R, the Court reviews for clear error, *see United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), and finds none.

**IT IS THEREFORE ORDERED** adopting in full the Report and Recommendation. (Doc. 11.)

**IT IS FURTHER ORDERED** granting the Petition (Doc. 1) as to Petitioner's request for a bond redetermination hearing and denying the remainder of the Petition.

**IT IS FURTHER ORDERED** directing Respondents to provide Petitioner a bond redetermination hearing within seven (7) days of the date of this Order or release her

from custody. The bond hearing shall comport with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196, 1203-05, 1208 (9th Cir. 2011), there shall be a contemporaneous record of the hearing, and at the hearing the Government shall bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community.

**IT IS FURTHER ORDERED** directing Respondents to provide a notice of compliance within three (3) days of providing Petitioner a bond hearing or releasing her, and no more than ten (10) days from the date of this Order.

**IT IS FINALLY ORDERED** denying as moot any pending motions and directing the Clerk of the Court to enter judgment accordingly and close this case.

Dated this 5th day of October, 2026.

Honorable Diane J. Humetewa
United States District Judge